This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**STATE OF NEW MEXICO,**

Plaintiff-Appellant,

**v.**                                                                              **No. 35,191**

**CHRISTOPHER LOPEZ,**

Defendant-Appellee.

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY**
**Brett R. Loveless, District Judge**

Hector H. Balderas, Attorney General
Santa Fe, NM
Steven Johnston, Assistant Attorney General
Albuquerque, NM

for Appellant

Jorge A. Alvarado, Chief Public Defender
Santa Fe, NM

for Appellee

## MEMORANDUM OPINION

**SUTIN, Judge.**

{1}    Summary dismissal for lack of a final, appealable order was proposed for the reasons stated in the notice of proposed summary disposition.  The State has filed a response to this Court's notice of proposed disposition informing this Court that it will not be filing a memorandum in opposition to our notice. Accordingly, for the reasons stated in this Court's notice of proposed disposition, we dismiss the State's appeal.

{2}    **IT IS SO ORDERED.**


_____
**JONATHAN B. SUTIN, Judge**

**WE CONCUR:**


_____
**MICHAEL D. BUSTAMANTE, Judge**


_____
**LINDA M. VANZI, Judge**